RECEIVED
JAN - 9 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALFONSO CAMPA-QUINTANILLA<br>Petitioner | CIVIL ACTION NO. 1:18-cv-1368-P |
| VERSUS | |
| WARDEN<br>Respondent | JUDGE DEE D. DRELL<br>MAG. JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law; it is

**ORDERED** that Campa-Quintanilla's §2241 petition is **DENIED and DISMISSED with prejudice** as he has received all the federal credit to which he is entitled.

**SIGNED** this 8th day of January 2019, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE